UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

Russell Vennell

CRIMINAL

NO.: 21-74

SECTION: Mag

## O R D E R

IT IS ORDERED that the above named defendant be given a medical examination and/or treatment in relation to the following: Cirrhosis + abscess of groin, medications possibly needed

Said examination or treatment is to be provided on or before ASAP.

IT IS FURTHER ORDERED that the United States Marshal deliver a copy of this order to the Sheriff of St. Bernard Parish without delay.

New Orleans, Louisiana, this 18th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

## R E T U R N

I hereby certify that I have served this Order on the Sheriff of ST. BERNARD Parish. Service effected by hand delivery upon WAYNE BABIN.

Date 06/18/21

_____
Signature of Deputy U. S. Marshal

**CLERK'S OFFICE
A TRUE COPY
JUN 18 2021
P. Hebert
Deputy Clerk, U S District Court
Eastern District of Louisiana
New Orleans, LA**

__FEE_____
__PROCESS_____
__DKTD_____
__CtRmDep_____
DOCUMENT NO._____